```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 11, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

KEVIN CARROLL ANDERSON,

                       Plaintiff,        14 Civ. 10249 (KPF)

        v.                                ORDER

ARTHUR B. GREENE, *et al.*,

                       Defendants.

------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

Pursuant to the parties' conference with the Court on October 11, 2016, it is ORDERED that:

- Plaintiff's motion to amend, including Plaintiff's proposed Fourth Amended Complaint, is due by November 14, 2016;
- Defendants' responses in opposition are due by December 16, 2016; and
- Plaintiff's reply, if any, is due by December 30, 2016.

In their papers, the parties should consider and address the Second Circuit's decision in *Loreley Financing (Jersey) No. 3 Ltd.* v. *Wells Fargo Securities, LLC*, 797 F.3d 160 (2d Cir. 2015), as it relates to the Rule 15 standard for leave to amend a complaint.

SO ORDERED.

Dated:    October 11, 2016
            New York, New York

                                                      _____
                                                      KATHERINE POLK FAILLA
                                                      United States District Judge